

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jan Marie Walker-Cook,<br><br>               Plaintiff,<br><br>v.<br><br>Scripps Health,<br><br>               Defendant. | Case No.: 3:25-cv-01670-JAH-JLB<br><br>**ORDER DISMISSING CASE WITHOUT PREJUDICE** |

      On November 25, 2025, the Court issued an order to show cause in the above-entitled matter, directing Plaintiff Jan Marie Walker-Cook ("Plaintiff") to file a brief by December 22, 2025 to explain why her complaint should not be dismissed for failure to serve Defendant Scripps Health ("Defendant"). ECF No. 10. The Court found that more than 90 days had elapsed without service of the Defendant, and the Court provided Plaintiff with the opportunity "to show cause why her complaint should not be dismissed for failure of service pursuant to Federal Rule of Civil Procedure Rule 4(m)." *Id.* at 2.

      In its order to show cause, the Court also indicated: "If Plaintiff fails to present good cause for an additional extension, the Court will dismiss the complaint without prejudice pursuant to Federal Rule of Civil Procedure 4(m)." While the summons and the complaint must be served on a defendant "within 90 days after filing the complaint" pursuant to Rule

4(m), it has now been more than 190 calendar days in this case since the complaint was filed without Plaintiff's service of the Defendant.

Plaintiff has not submitted any briefing by the Court's deadline of December 22, 2025, or anytime thereafter. "It is within the inherent power of the court to sua sponte dismiss a case for lack of prosecution." *Ash v. Cvetkov*, 739 F.2d 493, 496 (9th Cir. 1984) (citing to *Link v. Wabash R.R.*, 370 U.S. 626, 633 (1962)). As a result, the Court finds that Plaintiff has failed to comply with the Federal Rules of Civil Procedure and this Court's prior order to show cause, and the Court accordingly orders the complaint DISMISSED WITHOUT PREJUDICE. The Clerk of Court is instructed to close the above-entitled matter.

**IT IS SO ORDERED.**

DATED: January 8, 2026

_____
JOHN A. HOUSTON
UNITED STATES DISTRICT JUDGE